# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
### Eastern Division

Purepecha Enterprises, Inc., et al.

                                        Plaintiff,

v.                                                        Case No.: 1:11−cv−02569
                                                                         Honorable Amy J. St. Eve

El Matador Spices & Dry Chiles, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 28, 2011:

      MINUTE entry before Honorable Amy J. St. Eve: Motion hearing held on 11/28/2011. Defendants' motion for extension of time to complete fact discovery [57] is granted in large part. Fact discovery cutoff, consistent with the Court's ruling in open court, is extended to 1/31/12. Dispositive motions as to liability should be filed by 3/1/12. Expert deadlines are stricken. Status hearing set for 11/29/11 is stricken and reset to 1/9/2012 at 08:30 AM.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.