**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| PUREPECHA ENTERPRISES, INC, an Illinois corporation, D/B/A EL MATADOR, <br><br> Plaintiff, <br> v. <br><br> EL MATADOR SPICES & DRY CHILES, a California corporation, <br> EL MATADOR ADOBOS, L.L.C., a Texas limited liability company, <br> CARLOS RICO, JAIME PABLO RICO, DARIO RICO, ROGELIO RICO, ARTURO OROZCO, RUBEN OROZCO, AND ISRAEL GONZALES FERNANDEZ, <br><br> Defendants. | Case No. 1:11-cv-02569 <br><br> Judge Amy J. St. Eve <br><br> Magistrate Judge Young B. Kim |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Sailesh K. Patel, Thomas P. White, Rachel Sifuentes and Brian O'Connor Watson of Schiff Hardin LLP, respectfully request this Honorable Court pursuant to Local Rule 83.17 for leave to withdraw as counsel of record on behalf of Defendants El Matador Adobos, L.L.C., Carlos Rico, Jaime Pablo Rico, Rogelio Rico, Arturo Orozco and Ruben Orozco (collectively "Defendants"). In support thereof, counsel states as follows:

1. Sailesh K. Patel filed his Appearance on June 2, 2011. Thomas P. White and Rachel Sifuentes filed their Appearances on May 31, 2011. Brian O'Connor Watson filed his Appearance on November 16, 2011.

2. Due to professional reasons, counsel respectfully seeks leave to withdraw as counsel of record.

- 2 -

3. Defendants have been fully apprised of the state of this litigation and their right to seek new counsel.

4. This Motion is not made for any improper purpose.

WHEREFORE, Defendants request that this Honorable Court grant this Motion to withdraw the appearance of Sailesh K. Patel, Thomas P. White, Rachel Sifuentes and Brian O'Connor Watson of Schiff Hardin LLP or for such other and further relief as this Court deems appropriate.

Dated: November 9, 2012.

Respectfully submitted,

/s/ Sailesh K. Patel
Sailesh K. Patel (spatel@schiffhardin.com)
Thomas P. White (twhite@schiffhardin.com)
Rachel F. Sifuentes (rsifuentes@schiffhardin.com)
Brian O. Watson (bwatson@schiffhardin.com)
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, Illinois 60606
Tel: 312-258-5500
Fax: 312-258-5600

*Counsel for Defendants*
El Matador Adobos, L.L.C., Carlos Rico, Jaime Pablo Rico, Rogelio Rico, Arturo Orozco and Ruben Orozco

- 3 -

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on November 9, 2012, he caused the foregoing Motion for Leave to Withdraw Appearance to be filed with the clerk of the Untied States District Court for the Northern District of Illinois by using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ Brian O. Watson
Brian O. Watson

CH2\10840619.1

- 3 -